IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| BRANDEN GREENFIELD-LOGAN, | ) | 18 U.S.C. § 242 |
| Defendant. | ) | (Deprivation if Rights under Color of Law) |
| | ) | |

**INFORMATION**

The United States Attorney charges:

On or about September 26, 2021, in the District of Columbia, the defendant, **BRANDEN GREENFIELD-LOGAN**, while acting under color of law as a Special Police Officer employed by PChange Protective Services to provide law enforcement services, willfully deprived W.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a law enforcement officer.  Specifically, **GREENFIELD-LOGAN** assaulted W.S. by slapping him in the face without legal justification and without a legitimate law enforcement purpose.

**(All in violation of Title 18, United States Code, Section 242
(Deprivation of Rights Under Color of Law))**

DATED: March 27, 2023

*Matthew M. Groves/jph*
_____
MATTHEW M. GRAVES
United States Attorney

MICHAEL T. TRUSCOTT
Assistant United States Attorney
D.C. Bar Number 168557
601 D Street, N.W., Room 5.1513
Washington, D.C. 20530
Office: 202-252-7223
Michael.truscott2@usdoj.gov